461 A.2d 793

**COMMONWEALTH of Pennsylvania**

v.

**Clyde BOWMAN, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 25, 1983.

Decided July 1, 1983.

Timothy A. Crawford, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Robert Ciaffa, Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM.

The Judgment of Sentence is affirmed.